No. 244. READY TRUCK LINES, INC. *v.* UNITED STATES ET AL. December 15, 1941. Petition for rehearing denied. MR. JUSTICE JACKSON took no part in the consideration or decision of this application.

No. 1053, October Term 1940. PEARSON *v.* CALIFORNIA. December 15, 1941. 313 U. S. 587.

No. 682. HOAN *v.* JOURNAL COMPANY ET AL. December 15, 1941.

No. —, original. EX PARTE BEN SIMS. December 22, 1941.

Nos. 657 and 683. GEIGER *v.* CALIFORNIA. December 22, 1941.

No. 663. JONES *v.* CITY OF ARCADIA. December 22, 1941.

No. 690. PATTERSON ET UX. *v.* PEEL. December 22, 1941.

No. 712. NICK ET AL. *v.* UNITED STATES. December 22, 1941. Petition for rehearing denied. MR. JUSTICE JACKSON took no part in the consideration and decision of this application.

No. 718. GENERAL MOTORS CORP. *v.* COE, COMMISSIONER OF PATENTS. December 22, 1941. Petition for rehearing denied. The CHIEF JUSTICE took no part in the consideration and decision of this application.